IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No.06-1 Erie |
| | ) | |
| LOUIS HENRY WILLIAMS, | ) | |
| Defendant | | |

**O R D E R**

AND NOW, this 24th day of August, 2006, upon consideration of the Defendant's Motion for Extraordinary Relief and the Government's Rsponse thereto,

IT IS HEREBY ORDERED that said motion is DENIED.

Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record.nmk