IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOUIS HENRY WILLIAMS ) | Criminal No. 06-01 Erie |

## O R D E R

AND NOW, this 17th day of July, 2008, IT IS HEREBY ORDERED that Defendant's Motion [335] for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) is GRANTED in part and DENIED in part as follows:

1. Defendant's motion is GRANTED to the extent that his original sentence of 48 months of imprisonment (imposed on August 18, 2006) is reduced to a sentence of 39 months of imprisonment. The Court has considered all of the factors set forth under 18 U.S.C. §§ 3582(c) and 3553(a) in determining the Defendant's sentence.

2. Defendant's motion is DENIED to the extent he seeks a reduction in his sentence below the Guidelines Range of 37 to 46 months for the reasons set forth in *United States v. Dennis Shammond Robinson*, No. 1:06cr34 (W.D. Pa.) (Mem. Op. dated 6/26/08).

IT IS FURTHER ORDERED that all other provisions of the Court's August 18, 2006 Judgment shall remain in effect.

                                                s/     Sean J. McLaughlin

                                                    Sean J. McLaughlin
                                                    United States District Judge

cm:   U.S. Attorney's Office
        Federal Public Defender's Office
        U.S. Probation Office
        Federal Bureau of Prisons
        U.S. Marshal Service